IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-CR-210** |
| **v.** | : | |
| **DARRIAN WALKER** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to suppress (Doc. 20) is **DENIED**. Jury selection and trial is scheduled to begin on May 7, 2018, at 9:30 a.m., in Courtroom No. 3, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: March 20, 2018